**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2225

ZHENLU ZHANG,

Plaintiff - Appellant,

versus

SCIENCE & TECHNOLOGY CORPORATION, (STC),

Defendant - Appellee,

and

COMPUTER SCIENCES CORPORATION, (CSC),

Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (8:04-cv-00434-DKC)

Submitted: February 22, 2007        Decided:  February 27, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Zhenlu Zhang, Appellant Pro Se.  Henry Adam Platt, J.C. Miller, SCHMELTZER, APTAKER & SHEPARD, P.C., Washington, D.C.; Edward Lee Isler, Steven William Ray, ISLER, DARE, RAY & RADCLIFFE, P.C., Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhenlu Zhang seeks to appeal the district court's order awarding attorney fees and costs. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on September 28, 2006. The notice of appeal was received by the district court on October 31, 2006. Because Zhang failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED